UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.R., by and through her Guardian Ad Litem TANISHA PORTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:20-cv-01181-KJM-EFB<br><br>**ORDER** |

Good cause appearing to support plaintiff's unopposed motion to extend the case deadlines, IT IS HEREBY ORDERED that the Court's Scheduling Order of October 12, 2021 is hereby modified as follows:

- The parties shall complete all fact and expert discovery by March 7, 2022;

- Plaintiff's expert disclosures shall be completed by April 11, 2022;

- Defendant's expert disclosures shall be completed by June 2, 2022;

- Rebuttal experts shall be exchanged by July 11, 2022;

- All expert discovery shall be completed by September 23, 2022; and

- All dispositive motions shall be heard by December 9, 2022.

   **SO ORDERED.**

DATED: December 22, 2021.

_____

CHIEF UNITED STATES DISTRICT JUDGE

MOTION TO EXTEND CASE DEADLINES