UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.R., by and through her Guardian Ad Litem TANISHA PORTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 2:20-cv-01181-KJM-EFB<br><br>**ORDER** |

Good cause appearing to support the parties' joint motion to extend the case deadlines, the court's December 22, 2021 Scheduling Order is modified as follows:

- The parties shall complete all fact discovery by April 6, 2022;
- Plaintiff's expert disclosures shall be completed by May 11, 2022;
- Defendant's expert disclosures shall be completed by July 2, 2022;
- Rebuttal experts shall be exchanged by August 11, 2022;
- All expert discovery shall be completed by October 23, 2022; and
- All dispositive motions shall be heard by January 27, 2023.

**IT IS SO ORDERED.**

DATE: March 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

MOTION TO EXTEND CASE DEADLINES